UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICK LORNE FARRELL,

          Plaintiff,

vs.                          Case No. 2:09-cv-16-FtM-29SPC

UNITED STATES CONGRESS; STATE OF FLORIDA; UNITED STATES TREASURY DEPT.; WELLS FARGO BANK; BANK OF AMERICA; LEE CO. SHERIFF MIKE SCOTT; JOHN AND JANE DOES; DEFENDANTS FROM CASE 07-CA-14942-Fl. 20th Circuit,

          Defendants.
_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #35), filed May 21, 2009, recommending that plaintiff's Affidavit of Indigency (Doc. #3), construed as a motion to proceed *in forma pauperis*, be denied and the Amended Complaint (Doc. #34) dismissed for failure to state a claim. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9

(11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #35) is hereby **adopted** and the findings incorporated herein.

2. Plaintiff's Affidavit of Indigency (Doc. #3), construed as a motion to proceed *in forma pauperis*, is **DENIED**.

3. The case is dismissed without prejudice for failure to state a claim. The Clerk shall enter judgment accordingly, terminate all deadlines, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this ___8th___ day of June, 2009.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties